**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESENIA CAROLINA REYES HERNANDEZ, | Case No.:  26cv1910 DMS VET |
| Petitioner, | **ORDER REQUIRING RESPONSE** |
| v. | |
| MARKWAYNE MULLIN, Secretary, Department of Homeland Security; PAM BONDI, Attorney General of the United States; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; WARDEN OF OTAY MESA DETENTION CENTER, | |
| Respondents. | |

On March 25, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **April 6, 2026**.  Petitioner shall file his reply on or before **April 9, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents

1

**MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

    **IT IS SO ORDERED**.

Dated:  March 30, 2026

        Hon. Dana M. Sabraw
United States District Judge

2

26cv1910 DMS VET